ACCEPTED
12-15-00246-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/11/2015 4:49:03 PM
Pam Estes
CLERK

## NO. 12-15-00246-CV

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

| | | |
|---|---|---|
| **ESTATE OF WILLIE SUE HAMMACK BY MORRISON HAMMACK, JR.,** **Plaintiff** | § § § § § | IN THE COURT OF APPEALS 11/11/2015 4:49:03 PM PAM ESTES Clerk |
| **V.** | § § | **12ᵀᴴ APPELLATE DISTRICT** |
| **LARRY GENE MARSH, BILLIE MARIE BUCKLEY, DEBORAH SUE STUART AND TERRY LYN MARSH** **Defendants** | § § § § § | **STATE OF TEXAS** |

### RULE 11 AGREEMENT

Appellants herein, **Larry Gene Marsh, Billie Marie Buckley, Deborah Sue Stuart and Terry Lyn Marsh**, hereinafter referred to as **Stuart Et Al**, and Appellees, hereinafter referred to as **Hammack**, do agree as follows, concerning extension of time in which to file Appellants Brief, and the filing of Appellees Brief, as follows:

1.      Appellant files contemporaneously with this Rule 11 Agreement, a motion to extend time to file Appellant's Brief in the 12ᵗʰ Court of Appeals, Tyler, Texas, until and through November 26, 2015. The due date of such brief is the 12ᵗʰ of November, 2015, as per Texas Rules of Appellate Procedure.

2.      Appellee hereby agrees that Appellant's time for filing Appellant's Brief herein shall be extended to and is extended to and through the 26ᵗʰ day of November, 2015.

3.      Appellants agree that Appellee shall have the period of time in which to file Appellee's Brief, according to the Texas Rules of Appellate Procedure, plus an additional 14 days, which is the amount of extension to which Appellee has agreed to accommodate Appellants.

4.      The above stated information is an agreement by and between Appellants and Appellee, to evidence which this instrument is executed by the attorneys for all of such parties,

being the Appellants, and Appellee, as set forth below.

Respectfully submitted,

MINTON & BROWN PLLC

By: _____

Robert M. Minton
Texas Bar No. 14195000
Email: mintonbrown@suddenlinkmail.com
134 N. Marshall St.
Henderson, TX 75653
Tel. (903) 657-3543
Fax. (903) 657-3545
Attorney for Defendants, Larry Gene Marsh, Billie Marie Buckley, Deborah Sue Stuart and Terry Lyn Marsh

_____

Russell R. Smith, TBA#18682310
rsmith@fairchildlawfirm.com
Christopher C. Hughes, TBA#24074452
chughes@chugheslaw.com
Attorneys for the Estate of Willie Sue Hammack,
by Morrison Hammack Jr.
Fairchild, Price, Haley & Smith, LLP
P.O. Drawer 631668
Nacogdoches, TX 75963-1668
Tel. (936) 569-2327
Fax (936) 569-7932